# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

IN RE: ) CASE NO BK-S 05-15594-BAM
George R. Lopez. ) Hearing Date:
) Hearing Time:
)
Debtor ) MOTION TO WITHDRAW MONEYS
UNDER 28 U.S.C. 2042

FILED AND ENTERED
ON DOCKET

There was a dividend check in the amount of $1,000.00 in the above named case issued to George R. Lopez. Said check having not been cashed by said payee, the Trustee, pursuant to 11 U.S.C. 347(a), delivered the unclaimed money to the Clerk, US Bankruptcy Court.

Claimant is agent for George R. Lopez, debtor, for the purpose of filing this application. The sum of $1,000.00 was never received by the debtor at the address listed on the Trustee's Report of 2995 E Sunset G-219, Las Vegas, NV 89120. The current address and phone number are: 2675 S Mellis Blvd. #2098, Las Vegas, NV 89121 and (702) 982-5091.

Date 11/26/07

Signature of Claimant or Attorney
Charlene J. Keys
Keys Research
23630 Southeast 440th
Enumclaw, WA 98022
(360) 825-7300

---

(i)   If claimant is heir of deceased creditor/debtor, attach copies of death certificate and heirship order of court;

(ii)  If claimant is assignee of the creditor/debtor, attach copy of assignment;

(iii) If claimant is corporate successor of creditor/debtor attach copies of all documents demonstrating such status;

(iv)  If claimant is agent of the creditor/debtor for purpose of filing this application, attach a copy of the agency agreement;

(v)   Attach other documents showing entitlement should none of the foregoing apply.